# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gilbert M. Martinez,          :
          Appellant     :
                         :
        v.              :      No. 1615 C.D. 2018
                         :
Tax Claims Bureau, Director Stacy  :
Phile, in her Individual Capacity, the  :
Treasurer Dennis  Adams, in his    :
Individual and Official Capacity and  :
Berks County Assessment Office    :

**PER CURIAM**                **O R D E R**

NOW, October 2, 2019, upon consideration of Appellant's application for reconsideration, the application is denied.